1 **CAROL ANN MOSES #164193**
Attorney at Law
2 545 East Alluvial, Suite 112
Fresno, California 93720
3 Telephone (559) 449-9069
Facsimile (559) 449-9016
4

5 Attorney for Defendant, DAVID WARMUS

6

7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES GOVERNMENT,           )     CASE #6:05-mj-00164-WMW
                                       )
11             Plaintiff,              )
                                       )     STIPULATION TO CONTINUE
12                                     )     STATUS CONFERENCE UNTIL
                                       )     AUGUST 30, 2005
13 vs                                  )
                                       )
14                                     )
                                       )
15 DAVID WARMUS                        )
                                       )
16             Defendant.              )
                                       )
17 _____      )

18      IT IS HEREBY STIPULATED by and between the Defendant, DAVID WARMUS, his

19 Attorney of record, Carol Ann Moses, and the Legal Officer for the United States Government,

20 CASEY BONNER, that the Status Conference in the above-captioned matter currently scheduled

21 for August 23, 2005, at 10:00 a.m. be continued until August 30, 2005  at 10:00 a.m.

22 Dated: August 18, 2005

23                                           By:  /S/ Carol Ann Moses
                                                  CAROL ANN MOSES
24                                                Attorney for Defendant
                                                  DAVID WARMUS
25 Dated: August 18, 2005
                                             By:  /S/ Casey Bonner
26                                                Casey Bonner
                                                  Legal Officer for
27                                                United States Government

28

1
STIPULATION TO CONTINUE  STATUS CONFERENCE AND ORDER THEREON

1

* * * ORDER * * *

2    The Court, having reviewed the above request for a Continuance of Status Conference

3 until August 30, 2005 and Order Thereon, HEREBY ORDERS AS FOLLOWS:

4    1.    The Status Conference for Defendant, DAVID WARMUS, shall be continued to

5          August 30, 2005 at 10:00 a.m.

6 Dated: _____, 2005

By: _____
       WILLIAM M WUNDERLICH
       United States Magistrate Judge

IT IS SO ORDERED.

**Dated:   August 19, 2005           /s/  William M. Wunderlich**
mmkd34UNITED STATES MAGISTRATE JUDGE